Rebecca A. Lindemann
Alaska Bar No. 1309051
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com

Attorneys for Defendant
Total Military Management

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | |
|---|---|
| ZACKERY ASKINS,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL MILITARY MANAGEMENT,<br><br>Defendant. | Case No. 3:16-cv-<br><br>**DEFENDANT TOTAL MILITARY MANAGEMENT'S NOTICE OF REMOVAL** |

TO: Clerk of the United States District Court
For The District of Alaska

AND TO: Michael W. Flanigan
Flanigan & Bataille
1007 W. 3rd Avenue, Suite 206
Anchorage, AK 99501

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

PLEASE TAKE NOTICE that Defendant Total Military Management files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1446(a), and 1442. Total Military Management states the following in support of this Notice of Removal.

## I. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

1. Total Military Management is a party to a civil action brought against it in the Superior Court for the State of Alaska, Third Judicial District at Anchorage, entitled Zackery Askins v. Total Military Management, Case No. 3AN-15-11299 Civil. Copies of the Summons and Complaint are attached as Exhibit A.

2. The state court action was filed with the clerk of the trial courts for the Superior Court for the State of Alaska, Third Judicial District at Anchorage on December 15, 2015. Total Military Management was served with the Summons and Complaint on December 29, 2015. This Notice of Removal is timely filed in compliance with 28 U.S.C. § 1446(b), within 30 days of proper service upon Total Military Management of the Complaint.

3. Total Military Management has in compliance with 28 U.S.C. § 1446(d), promptly given written notice of the filing of this Notice of Removal to plaintiff, and has filed a copy of the same with the clerk of the trial courts for the Superior Court for the State of Alaska, Third Judicial District at Anchorage. See Exhibit B.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

4. Venue for removal lies in this Court because the state court in which the action was originally filed is within this Court's geographic district.

5. By removing this action to this Court, Total Military Management does not waive any defenses, objections, rights, or motions available to it under state or federal law, including for improper service or other grounds under Fed. R. Civ. P. 12(b).

## II. STATEMENT OF GROUNDS FOR REMOVAL

6. This case is removable due to a complete diversity of citizenship. 28 U.S.C. § 1332, 1441, and 1446. At the time of service of the Complaint, upon information and belief, plaintiff was, and is now, a citizen of Alaska. Total Military Management was, and is now, a Delaware corporation with its principal place of business in Florida. There is thus complete diversity between the parties. Although plaintiff failed to specify an exact amount of damages in his prayer for relief, he filed his complaint in Alaska Superior Court, which requires a claim of damages that allegedly amount to more than $100,000. *See* AS 22.10.020 and AS 22.15.030. Additionally, plaintiff alleges he is entitled to $38,000 in compensatory damages and he has also alleged a claim for treble damages under the Unfair Trade Practices Act. Plaintiff also seeks recovery of attorney fees. Accordingly, the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. This is a civil

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, in that it is an action for damages in which the matter in controversy exceeds that sum or value of $75,000 exclusive of interest and costs and is between citizens of different states.

7. Further, this case is properly removable pursuant to 28 U.S.C. § 1442(a). Total Military management is a government contractor that acted under the direction of, and pursuant to a contract with, the Department of Defense in moving plaintiff's goods from Colorado to Alaska. Total Military Management has colorable federal defenses to plaintiff's claims, including preemption and the government contractor defense.

WHEREFORE, Defendant Total Military Management hereby removes the above-entitled action now pending in the Superior Court for the State of Alaska, Third Judicial District at Anchorage to the United States District Court for the District of Alaska.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 27th day of January, 2016, at Anchorage, Alaska.

RICHMOND & QUINN

By /s/ Rebecca A. Lindemann
Rebecca A. Lindemann
Alaska Bar No. 1309051
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com

Attorneys for Defendant Total Military Management

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 27, 2016, a true and correct copy of the foregoing was served by mail on the following:

Michael W. Flanigan
Flanigan & Bataille
1007 W. 3rd Avenue, Suite 206
Anchorage, AK 99501

By /s/ Rebecca A. Lindemann
RICHMOND & QUINN

I:\2372\001\PLD\NOTICE OF REMOVAL - FEDERAL COURT.doc

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953