Michael W. Flanigan
Alaska Bar No. 7710114
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste 206
Anchorage, Alaska, 99501
Ph No.: 907-279-9999
Fax No.: 907-258-3804
Email: mflanigan@farnorthlaw.com

ATTORNEYS FOR PLAINTIFF
ZACHERY ASKINS

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

ZACKERY ASKINS,

Plaintiff,

vs.

TOTAL MILITARY MANAGEMENT,

Defendant,

Case No. 3:16-cv-0028 TMB

**AMENDED COMPLAINT**

COMES plaintiff, by and through counsel, Flanigan & Bataille, for his amended complaint, before Answer, states and alleges as follows:



FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999/Fax 907-258-3804

## GENERAL ALLEGATIONS

1. Plaintiff Zackery Askins is a member of the U.S. Army, presently stationed at JBER, near Anchorage, Alaska.
2. Total Military Management (hereinafter TMM) is a foreign corporation providing moving services to members of the U.S. Military in the USA, including locations in Colorado and Alaska directly or through subcontractors.
3. TMM moves goods of members of the military pursuant to contracts with the U.S. Department of Defense, (DOD).
4. Pursuant to 10 USC §2636a(a) (as amended 2008), all contracts with carriers to move household goods of military members are required to contain a clause that requires the carrier under contract to pay the full replacement value for loss or damage to the baggage or household effects transported under that contract.
5. On information and belief the contract between the DOD and TMM contained that language, as required by 10 USC §2636a(a).
6. Askins has exhausted his administrative remedies and met all other obligations for the institution of this suit and has been given permission by the US Army to seek relief directly against Defendant.
7. This Court has jurisdiction over this matter pursuant to 28 USC 1331 & 1332.

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999/Fax 907-258-3804

## SPECIFIC ALLEGATIONS

8. In the course of his military duties Askins was given orders to transfer from Fort Carson, located near Colorado Springs Colorado, on 12/20/2013.

9. As a non-com enlisted member of the US Army, Askins was entitled to have a 11,000 lbs of his personal goods to be shipped from Colorado Springs to Anchorage, Alaska.

10. At his option, which he exercised, he was allowed to use a governmental contractor Total Military Management, to ship his personal goods.

11. Total Military Management in turn hired a sub-contractor, Johnson Moving and Storage, to conduct an inventory and loading of the personal goods.

12. A true and accurate copy of the inventory is attached hereto as Exhibit 1.

13. Total Military Management arranged for transit of the personal goods to Anchorage, Alaska, by and through other subcontractors, with AAA moving and storage in Anchorage, Alaska, being the company that completed the deliver at Askins at JBER near Anchorage, Alaska on June 14, 2014.

14. Upon delivery Askins inspected the delivered personal goods, and determined that many items listed on the initial inventory that were picked up by Total Military Management's subcontractor, Johnson Moving and Storage, were missing or damaged. A true and accurate copy of the inspection form filled out by Askins and the response by TMM, is attached as Exhibit 2.

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999/Fax 907-258-3804

15. Following the discovery of missing and damaged items, Askins promptly filed claims for his lost and damaged goods, which were directed by the Army claims officer to Total Military Management.

16. Total Military Management refused to adequately compensate Askins for the missing and damaged good offering him only $5,229 for his losses of approximately $38,000.

17. The reasons given by Total Military Management for not paying for missing items, was that the inventory created by their subcontractor was inadequate to determine what items were missing, which was not a valid reason for not honoring Askins claim.

18. Total Military Management also refused to pay the actual cost of repair or replacement of the damaged items.

**COUNT I**

19. Pursuant to the contract between the US DOD and TMM, TMM is obligated to pay the full replacement value for loss or damage to Askins household goods.

20. Despite demand and adequate proof of loss and damage, TMM has failed to make payment to Askins for the amount of loss and damage to his household goods.

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999/Fax 907-258-3804

**COUNT II**

21. Plaintiff re-alleges paragraphs 1 through 20 as if fully set forth herein and further alleges as follows.

22. Defendant is liable for the loss and/or damage of Plaintiff's goods, under a breach of contract theory of liability as an intended third party beneficiary of the contract between DOD & TMM.

WHEREFORE, plaintiff prays for a judgment, as against the Defendant, the following relief:

1. For damages reflecting the full replacement value of the loss and damage to Plaintiff's household goods, in the amount of approximately $38,000; and

2. For costs, attorney's fees and pre-judgment interest; and

3. For such other and further relief as the Court deems just and proper.

DATED this 5th day of February, 2016.

/s/ Michael W. Flanigan
Alaska Bar No. 7710114
FLANIGAN & BATAILLE
1007 W. 3rd Ave., Ste 206
Anchorage, Alaska, 99501
Ph No.: 907-279-9999
Fax No.: 907-258-3804
Email: mflanigan@farnorthlaw.com

ATTORNEYS FOR PLAINTIFF
ZACHERY ASKINS

FLANIGAN & BATAILLE
1007 West 3rd Ave., Suite 206
Anchorage, Alaska 99501
Phone 907-279-9999/Fax 907-258-3804

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Plaintiff's Amended Complaint Was served through the Court's Electronic Filing System on the 5th day of February, 2016 on Rebecca Lindemann

____________/s/ Mflanigan_______________