Rebecca A. Lindemann
Alaska Bar No. 1309051
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com

Attorneys for Defendant
Total Military Management

UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

| | | |
|---|---|---|
| ZACKERY ASKINS,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL MILITARY MANAGEMENT,<br><br>Defendant. | ) | Case No. 3:16-cv-00028-TMB |

**DEFENDANT TOTAL MILITARY MANAGEMENT'S CORPORATE DISCLOSURE STATEMENT**

Defendant Total Military Management ("TMM") files this disclosure statement pursuant to Fed. R. Civ. P. 7.1(a). A majority of TMM is owned by Senitel Capital, a private entity. No other corporate entity owns more than 10% of TMM.

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953

DATED this 29th day of March, 2016, at Anchorage, Alaska.

RICHMOND & QUINN

By /s/ Rebecca A. Lindemann
Rebecca A. Lindemann
Alaska Bar No. 1309051
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
rlindemann@richmondquinn.com

Attorneys for Defendant Total Military Management

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2016, a true and correct copy of the foregoing was served electronically on the following:

Michael W. Flanigan
Flanigan & Bataille
mflanigan@farnorthlaw.com

By /s/ Rebecca A. Lindemann
RICHMOND & QUINN

I:\2372\001\Pld\Corporate Disclosure

LAW OFFICES
RICHMOND & QUINN
A PROFESSIONAL CORPORATION
360 K STREET, SUITE 200
ANCHORAGE, ALASKA 99501-2038
(907) 276-5727
FAX (907) 276-2953