John W. Hollis
Alaska Bar No. 1605032
RICHMOND & QUINN
360 K Street, Suite 200
Anchorage, AK 99501
Phone: (907) 276-5727
Fax: (907) 276-2953
jhollis@richmondquinn.com

Attorneys for Defendant
Total Military Management

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| ZACKERY ASKINS,<br><br>Plaintiff,<br><br>vs.<br><br>TOTAL MILITARY MANAGEMENT,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) | Case No. 3:16-cv-00028-TMB |

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

COME NOW plaintiff and the defendant, by and through counsel, and stipulate to the dismissal with prejudice of all claims brought or that could have been brought in the above-captioned case, with each side to bear its own costs and attorney's fees.

DATED this 20th day of March 2018, at Anchorage, Alaska.

FLANIGAN & BATAILLE
Attorneys for Plaintiff

By: [signature]
Michael W. Flanigan
Alaska Bar No. 7710114
1007 West 3rd Ave., Suite 206
Anchorage, AK 99501
Ph: (907) 279-9999
Fax: (907) 258-3804
mflanigan@farnorthlaw.com

DATED this 21st day of March, 2018, at Anchorage, Alaska.

RICHMOND & QUINN
Attorneys for Defendant

By: /s/ John W. Hollis
John W. Hollis
Alaska Bar No. 1605032
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
jhollis@richmondquinn.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 23, 2018, a true and correct copy of the foregoing was served electronically on the following:

Michael W. Flanigan
Flanigan & Bataille
mflanigan@farnorthlaw.com

By: /s/ John W. Hollis
RICHMOND & QUINN
I:\2372\001\PLD\STIP FOR DISMISSAL W PREJ.docx